**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Eduardo IRVIN, a.k.a. Marc Jean
Phillipe, a.k.a. Wayne Alfanso
Wilmot, Defendant–Appellant.**

**No. 06–12820
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 2, 2007.

Eduardo Irvin, Coral Springs, FL, pro
se.

Patricia D. Barksdale, Jacksonville, FL,
for Plaintiff–Appellee.

Before BIRCH, BARKETT and
PRYOR, Circuit Judges.

PER CURIAM:

Lynn Palmer Bailey, appointed appellate
counsel for Eduardo Irvin, has filed a mo-
tion to withdraw on appeal, supported by a
brief prepared pursuant to *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Our independent re-
view of the entire record reveals that coun-
sel's assessment of the relative merit of
the appeal is correct. Because indepen-
dent examination of the entire record re-
veals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and
Irvin's conviction and sentence are **AF-
FIRMED.**